# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERRY JON IRBY, <br><br> Plaintiff, <br><br> v. <br><br> SKAGIT COUNTY, et al., <br><br> Defendants. | CASE NO. C18-1035JLR <br><br> ORDER STRIKING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

The court is in receipt of *pro se* Plaintiff Terry Jon Irby's motion for a preliminary injunction. (Mot. (Dkt. # 17).) On September 6, 2018, the court issued an order adopting the Report and Recommendation of Magistrate Judge Brian A. Tsuchida and denying Mr. Irby's applications to proceed *in forma pauperis*. (Order (Dkt. # 14); *see also* R&R (Dkt. # 9).) The court cautioned Mr. Irby that if he failed to pay the filing fee within 15 days of the date of the order, then the Clerk would close the case. (Order at 3.) Mr. Irby failed to pay the filing fee within the time provided by the court. (*See generally* Dkt.) Accordingly, the Clerk closed the case. (*See* 10/30/18 Min. Entry.)

On October 31, 2018, Mr. Irby filed a motion for a preliminary injunction that reiterates claims put forth in his proposed complaint. (*See* Mot.; Prop. Compl. (Dkt. # 1-1); 2d Prop. Compl. (Dkt. # 7-1).) The court directs the Clerk to STRIKE the motion (Dkt. # 17) because the motion was filed after this matter was closed.

Dated this 1st day of November, 2018.

*[signature]*

The Honorable James L. Robart
U.S. District Court Judge